Case 1:19-cv-00709-ILG Document 8

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAR 29 2019 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

East West Printing, Inc.

           Plaintiffs,

v.

United States Citizenship and Immigration
Services; Lee F. Cissna, Director, U.S. Citizenship and
Immigration Services

           Defendants.

-----------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

Civil Action No.
CV-19-709

(Glasser, J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action that:

1. This action shall be dismissed without prejudice, with each party to bear its own costs, expenses, and fees.

2. The Clerk of the Court is directed to enter judgment accordingly.

Dated: New York, New York
       March 28, 2019

CARISSA NICOLE TYLER, ESQ.
Barst Mukamal & Kleiner LLP
2 Park Avenue, 19th Floor
New York, New York 10016

By:  /s/ Carissa Nicole Tyler
      Carissa Nicole Tyler

So Ordered.

*East West Printing, Inc. v. USCIS, et al.*, 19-cv-709 (Glasser, J.)
Stipulation and Order of Dismissal Without Prejudice
Page 2

Dated: Brooklyn, New York
March 28, 2019

RICHARD P. DONOGHUE
United States Attorney
*Attorney for Defendants*
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

By: /s/ Sheldon A. Smith
Sheldon A. Smith
Special Assistant U.S. Attorney
(718) 254-6011
sheldon.smith@usdoj.gov

SO ORDERED this
29 day of March, 2019

s/I. Leo Glasser, USDJ

HONORABLE I. LEO GLASSER
United States District Judge