UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
East West Printing, Inc.

                            Plaintiff,

                          JUDGMENT
                          19-CV-709 (ILG)

              v.

United States Citizenship and Immigration
Services; Lee F. Cissna, Director, U.S. Citizenship and
Immigration Services,

                        Defendants.
------------------------------------------------------------------------ X

     An Order of Honorable I. Leo Glasser, United States District Judge, having been filed on March 29, 2019, dismissing this action without prejudice, with each party to bear its own costs, expenses, and fees; it is

     ORDERED and ADJUDGED that this action is dismissed without prejudice, with each party to bear its own costs, expenses, and fees.

Dated: Brooklyn, NY                                    Douglas C. Palmer
       March 29, 2019                              Clerk of Court

                                              By:    /s/*Jalitza Poveda*
                                                       Deputy Clerk